IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Nixon,                                              Case No. 3:05CV7299

        Plaintiff

    v.                                                            Judgment Entry

MED-EL Corporation, et al.,

        Defendant

For the reasons stated in the Order filed April 25, 2006, it is, therefore,

ORDERED THAT:

1. Defendant MED-EL Corporation's motion for summary judgment granted;

2. Plaintiff's motion for nonsuit granted as to the remaining parties, without prejudice to plaintiff's right to refile on or before October 24, 2006.

So ordered.

                                                 s/James G. Carr
                                                 James G. Carr
                                                 Chief Judge